**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

**BILLY RAY HARRIS,**

    Plaintiff,

v.                                                       **Case No. 2:22-cv-02432-SHM-tmp**

**LEE V. COFFEE, et al.,**

    Defendants.

## JUDGMENT

    Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order (D.E. No. 6) docketed February 23, 2024.

## APPROVED:

*/s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

*February 23, 2024*                               WENDY R. OLIVER
DATE                                                         CLERK

                                                                               */s/ Jairo Mendez*
                                                                               (By) DEPUTY CLERK